IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>    Plaintiff,<br><br>  vs.<br><br>WEST COAST LODGING, L.P., a Colorado limited partnership; and STONEBRIDGE HOSPITALITY ASSOCIATES, LLC, a Colorado limited liability company,<br><br>    Defendants | **Case No.** 2:25-cv-09596-MWC-RAO<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
1

1     PLEASE TAKE NOTICE that the parties have reached a settlement that
2 resolves all of Plaintiff's claims.
3     Plaintiff anticipates that dismissal documents will be filed on or before
4 February 6, 2026.
5     Accordingly, Plaintiff requests that the Court vacate all deadlines.

                                                                  Respectfully submitted,

Date: January 9, 2026                           ALLACCESS LAW GROUP

                                                         */s/ Irakli Karbelashvili*
                                                      By IRAKLI KARBELASHVILI, Esq.
                                                      Attorney for Plaintiff
                                                      JAMES ALGER

NOTICE OF SETTLEMENT
2